B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Ryan Ashley Forman**                                         Case No.
                                    Debtor(s)                        Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **United States of America c/o Deborah A. Johnston Office of the US Attorney 6500 Cherrywood Lane, Ste 400 Greenbelt, MD 20770** | **United States of America c/o Deborah A. Johnston Office of the US Attorney Greenbelt, MD 20770** | | | **780,000.00** |
| **Donald Byers 188 Inlets Boulevard Nokomis, FL 34275** | **Donald Byers 188 Inlets Boulevard Nokomis, FL 34275** | | **Contingent Unliquidated Disputed** | **210,999.01** |
| **Wells Fargo PO Box 50014 Roanoke, VA 24040** | **Wells Fargo PO Box 50014 Roanoke, VA 24040** | **Credit Line Secured** | **Contingent Unliquidated Disputed** | **110,011.00** |
| **Wells Fargo Bank NA Attn: Deposits Bankruptcy MAC# P6103-05K Po Box 3908 Portland, OR 97208** | **Wells Fargo Bank NA Attn: Deposits Bankruptcy MAC# P6103-05K Po Box 3908 Portland, OR 97208** | **613 S. Clarion Street, Philadelphia, PA** | | **240,974.00 (300,000.00 secured) (134,355.00 senior lien)** |
| **Chase Bank USA NA 3700 Wiseman Boulevard San Antonio, TX 78251** | **Chase Bank USA NA 3700 Wiseman Boulevard San Antonio, TX 78251** | | **Contingent Unliquidated Disputed** | **30,081.00** |
| **Cach LLC - Square Two Financial Attention: Bankruptcy 4340 South Monaco St.  2nd Floor Denver, CO 80237** | **Cach LLC - Square Two Financial Attention: Bankruptcy 4340 South Monaco St.  2nd Floor Denver, CO 80237** | **Collection Attorney - Wells Fargo Bank N.A.** | **Contingent Unliquidated Disputed** | **22,906.00** |
| **Asset Acceptance Attn: Bankrupcy Dept PO Box 2036 Warren, MI 48090** | **Asset Acceptance Attn: Bankrupcy Dept PO Box 2036 Warren, MI 48090** | **Factoring Company Account Thd Consumer / Citibank** | **Contingent Unliquidated Disputed** | **14,949.00** |
| **Chase P.O. Box 15298 Wilmington, DE 19850** | **Chase P.O. Box 15298 Wilmington, DE 19850** | **Credit Card** | **Contingent Unliquidated Disputed** | **14,886.00** |
| **Chase Bank Attn:Bankruptcy Dept PO Box 15298 Wilmington, DE 19850** | **Chase Bank Attn:Bankruptcy Dept PO Box 15298 Wilmington, DE 19850** | **Credit Card** | **Contingent Unliquidated Disputed** | **14,480.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Ryan Ashley Forman**  
  Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Citibank USA** Citicorp Credit Services/Attn: Bkrtcy PO Box 20507 Kansas City, MO 64195 | **Citibank USA** Citicorp Credit Services/Attn: Bkrtcy PO Box 20507 Kansas City, MO 64195 | **Charge Account** | **Contingent Unliquidated Disputed** | 12,290.00 |
| **American Express** PO Box 3001 16 General Warren Blvd Malvern, PA 19355 | **American Express** PO Box 3001 16 General Warren Blvd Malvern, PA 19355 | **Credit Card** | | 2,234.00 |
| **Amcol Systems** 111 Lancewood Road Columbia, SC 29210 | **Amcol Systems** 111 Lancewood Road Columbia, SC 29210 | | **Contingent Unliquidated Disputed** | 880.00 |
| **City of Philadelphia** c/o Law Department 1515 Arch Street 15th Floor Philadelphia, PA 19102-1595 | **City of Philadelphia** c/o Law Department 1515 Arch Street Philadelphia, PA 19102-1595 | | | 788.00 |
| **Ability Recovery Services** PO Box 4031 Wyoming, PA 18644 | **Ability Recovery Services** PO Box 4031 Wyoming, PA 18644 | | **Contingent Unliquidated Disputed** | 107.00 |
| **Deutsche Bank National Trust Co.** 3232 Newmark Drive Miamisburg, OH 45342 | **Deutsche Bank National Trust Co.** 3232 Newmark Drive Miamisburg, OH 45342 | mortgage | | **Unknown** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

In re  **Ryan Ashley Forman**  
Debtor(s)

Case No.

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Ryan Ashley Forman**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **January 5, 2015**

Signature  **/s/ Ryan Ashley Forman**  
**Ryan Ashley Forman**  
Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.